1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD GRAY,                          Case No.  1:25-cv-00410-HBK (Pro Se)

12                  Plaintiff,               ORDER DEFERRING RULING ON
                                             MOTION TO PROCEED *IN FORMA*
13          v.                               *PAUPERIS* AND REQUIRING PLAINTIFF
                                             TO COMPLETE LONG FORM OR PAY
14    FRESNO POLICE DEPARTMENT,              $405.00 FILING FEE

15                  Defendant.               (Doc. No. 2)

16

17          Plaintiff proceeds in this civil action *pro se*.  (Doc. No. 1).  Plaintiff moves to proceed *in*

18    *forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 2).  Plaintiff's application does not contain

19    sufficient information for the Court to determine if he is entitled to proceed in this action without

20    prepayment of fees.  Plaintiff states he receives "rent payments, interest or dividends" but does

21    not provide the amount received.  Additionally, Plaintiff states he owns his home but does

22    provide its value.  Accordingly, the Court will order Plaintiff to complete and file an Application

23    to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff

24    is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

25    full.

26          Accordingly, it is **ORDERED**:

27          1.  The Court DEFERS a ruling on Plaintiff's motion for leave to proceed *in forma*

28               *pauperis* (Doc. No. 2) pending further information.

2.  The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff.

3.  Within twenty-one (21) days of the date on this order, Plaintiffs shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.

4.  If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order as a sanction under Local Rule 110.


Dated:    April 22, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2