UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GRAY,<br><br>                    Plaintiff,<br><br>        v.<br><br>FRESNO POLICE DEPARTMENT,<br><br>                    Defendant. | Case No. 1:25-cv-00410-HBK (Pro Se)<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND MOOTING EARLIER MOTION<br><br>(Doc. No. 2, 4) |

Plaintiff proceeds in this civil action pro se. (Doc. No. 1). Plaintiff submitted a long form application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 4). Plaintiff's declarations in the motion satisfies the requirements under § 1915. The court will screen plaintiff's complaint in due course before ordering service.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is GRANTED.

2. Plaintiff's short form application to proceed *in forma pauperis* (Doc. No. 2) is MOOT.

Dated:   May 13, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE