1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  RICHARD GRAY,                          )   Case No.: 1:25-cv-410 JLT HBK
                                           )
12                  Plaintiff,             )   ORDER ADOPTING IN FULL THE FINDINGS
                                           )   AND RECOMMENDATIONS, DISMISSING THE
13         v.                              )   ACTION WITHOUT PREJUDICE, AND
                                           )   DIRECTING THE CLERK OF COURT TO CLOSE
14  FRESNO POLICE DEPARTMENT,              )   THE CASE
                                           )
15                  Defendant.             )   (Doc. 9)
                                           )
16  ─────────────────────────────

17         Richard Gray seeks to hold the Fresno Police Department liable for failing to investigate his

18  calls and allowing harassment by Plaintiff's neighbors.  (Doc. 7 at 5-6.)  The magistrate judge screened

19  Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e) and found Plaintiff failed to state a

20  cognizable claim invoking this Court's subject matter jurisdiction.  (Doc. 9 at 2-4.)  The magistrate

21  judge found further leave to amend was futile, because Plaintiff failed to cure the pleading deficiencies

22  identified in the prior screening order.  (*Id.* at 4-5.)  Therefore, the magistrate judge recommended the

23  Court dismiss the amended complaint without further leave to amend.  (*Id.* at 5.)

24         The Court served the Findings and Recommendations on Plaintiff and notified him that any

25  objections were due within 14 days.  (Doc. 9 at 5.) The Court advised him that the "failure to file

26  objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson*

27  *v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do

28  so has passed.

                                            1

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  In addition, the Court finds dismissal without prejudice is appropriate due to the finding that Plaintiff fails to invoke the Court's jurisdiction.  *See Kelly v. Fleetwood Enters., Inc*., 377 F.3d 1034, 1036 (9th Cir. 2004) ("because the district court lacked subject matter jurisdiction, the claims should have been dismissed without prejudice"); *Missouri ex rel. Koster v. Harris,* 847 F.3d 646, 656 (9th Cir. 2017) (the proper dismissal for lack of jurisdiction "is without prejudice").  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 23, 2025 (Doc. 9) are **ADOPTED** in full.

2. Plaintiff's amended complaint is **DISMISSED** without leave to amend.

3. The action is **DISMISSED** without prejudice, for lack of jurisdiction.

4. The Clerk of Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **August 16, 2025**

UNITED STATES DISTRICT JUDGE