## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**RICHARD GRAY ,**                         **JUDGMENT IN A CIVIL CASE**

                                                              CASE NO: **1:25–CV–00410–JLT–HBK**

         v.

**FRESNO POLICE DEPARTMENT ,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/18/2025 .**

ENTERED:   **August 18, 2025**         /s/ **Keith Holland**
                                                       Clerk of Court